WILLIAM J. FLYNN, State Bar No. 095371
SCOTT M. De NARDO, State Bar No. 216749
NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: sdenardo@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR MANAGEMENT COMMITTEE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AIRTEKS MECHANICAL SERVICES, INC., a California Corporation; AIRTEKS MECHANICAL SERVICES CO. d/b/a AIRTEKS MECHANICAL SERVICES, INC.; and, JERMORE BOHLAND,<br><br>Defendants. | No. C-05-1758 JSW<br><br>VACATING<br>[~~proposed~~] ORDER ~~RESETTING~~<br>THE DATE OF THE CASE<br>MANAGEMENT CONFERENCE<br><br>[FRCP 6(b)] |

Plaintiffs' Ex Parte Motion to Reset The Date of the Case Management Conference was reviewed by the Hon. Jeffery S. White. The Court having read and considered the written documents and any Court requested oral arguments of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted and that the Case Management Conference previously set for hearing on August 12, 2005 at 1:30 p.m. is ~~reset for hearing on September 16, 2005 at 1:30 p.m. If Plaintiffs file a Motion for Default Judgment~~

[proposed] ORDER RESETTING CMC (FRCP 6(B))
Case No. C-05-1758 JSW

1  ~~before September 16, 2005, the Case Management Conference will be continued to the same~~
2  ~~date and time as the hearing on the Motion for Default Judgment.~~ VACATED.
3      IT IS SO ORDERED.
4
5  Dated: August 9, 2005            /s/ Jeffrey S. White
6                                           U.S. DISTRICT COURT JUDGE

[proposed] ORDER RESETTING CMC (FRCP 6(B))
Case No. C-05-1758 JSW

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On August __, 2005, I served the within:

**[proposed] ORDER RESETTING THE DATE OF THE CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Jerome Bohland
2667 Kelly Street
Livermore, CA 94551

Airteks Mechanical Services d.b.a. Airteks Mechanical Services, Inc.
2667 Kelly Street
Livermore, CA 94551

Airteks Mechanical Services, Inc.
2667 Kelly Street
Livermore, CA 94551

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August __, 2005, at San Francisco, California.

*/s/ Judy Dunworth*

Judy Dunworth

[proposed] ORDER RESETTING CMC (FRCP 6(B))
Case No. C-05-1758 JSW