IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR MANAGEMENT COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIRTEKS MECHANICAL SERVICES, INC., et al., <br><br> Defendants. _____/ | No. C 05-01758 JSW <br><br> **ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, plaintiffs' motion for default judgment against defendants Airteks Mechanical Services, Inc., Airteks Mechanical Services Co. d/b/a/ Airteks Mechanical Serivces, Inc., and Jermore Bohland in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for September 16, 2005 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: August 9, 2005

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom