UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AIRTEKS MECHANICAL SERVICES, INC., et al. ,<br><br>Defendants.<br>_____/ | No. C 05-1758 JSW (WDB)<br><br><u>AMENDED</u><br>ORDER SETTING DATE FOR HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

The above matter has been referred to the undersigned for a Report & Recommendation regarding plaintiffs' motion for default judgment. The hearing on plaintiffs' motion is hereby scheduled for **September 28, 2005, at 1:30 p.m.**, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, 94612.

Defendants' opposition must be served and filed no later than **September 7, 2005.** Any reply to the opposition must be served and filed no later than **September 14, 2005.**

<u>Plaintiffs are directed to immediately serve a copy of this order (and a copy of their moving papers, if they have not already done so) on defendants.</u>[1] If plaintiffs' counsel cannot locate defendants after a reasonable, good-faith, effort, they must submit a declaration

---

[1] The Court also directs plaintiffs to e-file a proof of service immediately upon service of the above-referenced documents on defendants.

1

1  documenting their efforts to effectuate such service.

2      IT IS SO ORDERED.

3  Dated: August 15, 2005          /s/ Wayne D. Brazil
4                                                WAYNE D. BRAZIL
                                              United States Magistrate Judge

5  Copies to:

6      Plaintiffs with direction to serve defendants,
    WDB, JSW.