United States District Court
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7  U.A. LOCAL 342 JOINT LABOR-            No. C 04-2531 SBA
   MANAGEMENT COMMITTEE, et al.,          *(Related to C 05-1758)*
8
                 Plaintiffs.              **ORDER**
9
      v.                                  [Docket No. 31]
10
   AIRTEKS MECHANICAL SERVICES, INC.,
11
                 Defendant.
12  _____

13

14          IT IS HEREBY ORDERED THAT, pursuant to Civil Local Rule 72-1, Plaintiffs' Motion for

15  Default Judgment [Docket No. 31] in Case No. C 04-2531 is REFERRED to Magistrate Judge Brazil

16  for a report and recommendation.

17          IT IS FURTHER ORDERED THAT the December 13, 2005 hearing date on the Motion for

18  Default Judgment in this Court is VACATED.

19          IT IS SO ORDERED.

20
                                          _____
21  Dated: 11/28/05                        SAUNDRA BROWN ARMSTRONG
                                          United States District Judge
22

23

24

25

26

27

28