UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR - MANAGEMENT COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIRTEKS MECHANICAL SERVICES, INC., a California Corporation, and JEROME BOHLAND, <br><br> Defendants. <br> _____/ <br> and related case <br> _____/ | No. C-04- 2531 SBA (WDB) <br> No. C-05-1758 SBA (WDB) <br><br> **ORDER RE RELATED MOTIONS FOR DEFAULT JUDGMENT** |

    Judge Armstrong has related the above-captioned cases and has referred plaintiffs' Motion for Default Judgment in Case No. 04-2531 to the undersigned. As a result, this court is charged with issuing reports and recommendations with respect to two motions by plaintiffs requesting judgment by default against the same defendant(s) for failure to pay contributions. Although plaintiffs' second action (C05-1758) is styled as a request for an audit, plaintiffs also seek an order compelling defendant(s) to pay amounts found owing by the auditor. As a result, there is substantial overlap between the relief requested in C05-1758 and that requested in C04-2531.

1

The court does not want plaintiffs to incur unnecessary fees or to duplicate all of its prior efforts. At the same time, it is unreasonable to expect the court to comb through plaintiffs' two separate motions in an effort to determine what requested relief overlaps and what relief is unique to each motion. Accordingly, the court proposes a procedure for streamlining plaintiffs' motions without requiring plaintiffs to re-file every supporting document previously submitted in connection with the two motions.

The court ORDERS plaintiffs to file <u>one</u> new memorandum of points and authorities that captures all the matters addressed in plaintiffs pending motion<u>s</u> for default judgment. The court will **not** read the two memoranda of points and authorities currently pending in connection with plaintiffs two motions. Plaintiffs new memorandum must address each item of relief sought (and the legal support for plaintiffs claim that they are entitled to it) only <u>once</u> – *e.g.*, total unpaid contributions, total liquidated damages, total interest, total attorneys fees and costs, right to an audit.

The court <u>will</u> refer to the evidence (declarations and their attachments) already on file. Plaintiffs should <u>not</u> re-file declarations or evidence currently in the record. However, in their memorandum of points and authorities, plaintiffs **must** direct the court <u>quite specifically</u> to the place in the record where support for plaintiffs' requests can be found. Plaintiffs must cite evidence by case number, name of declarant, paragraph number, and, if the evidence is contained in an exhibit, exhibit number and page number within the exhibit.

The court is concerned that plaintiffs may have incurred unnecessary attorneys' fees and costs as a result of counsel's decision to file a second, formally separate complaint in order to secure an audit instead of seeking that remedy simply by amending the original complaint. When they submit their consolidated

2

1 fee request, plaintiffs must delete any claims for fees or costs that could have been
2 avoided by maintaining only one action.
3 **By Friday, December 23, 2005,** plaintiffs must file with the court and serve
4 on defendant(s) their consolidated memorandum of points and authorities.
5 **By Monday, January 9, 2006,** defendant(s) must file with the court and
6 serve on plaintiffs their response to plaintiffs' consolidated memorandum, if any.
7 **On Wednesday, January 18, 2006, at 1:30 p.m.**, the court will conduct a
8 hearing in connection with plaintiffs' consolidated motion for default judgment.
9 **<u>The Court ORDERS plaintiffs to serve a copy of this Order on
10 defendants immediately.</u>**
11 IT IS SO ORDERED.
12 Dated: December 1, 2005

/s/  Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Plaintiffs with direction to serve defendants,
SBA,  wdb, stats

3