1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7   U.A. LOCAL 342 JOINT LABOR-              No. C 04-2531 SBA
    MANAGEMENT COMMITTEE, et al.,            No. C 05-1758 SBA
8
9              Plaintiffs.                   **ORDER**

    v.
10                                           [Docket Nos. 31, 45 in Case No. C 04-2531]
    AIRTEKS MECHANICAL SERVICES, INC., et
11  al.,                                     [Docket Nos. 21, 43 in Case No. C 05-1758]

12             Defendants.
    _____/
13
    and related case
14  _____/

15

16          This matter comes before the Court on Magistrate Judge Brazil's Report and Recommendation

17  re Plaintiffs' Consolidated Motions for Default Judgment [Docket No. 50 in Case No. C 04-2531;

    Docket No. 48 in Case No. C 05-1758].  None of the parties to the instant action has filed any objections
18
    to the report.
19
            Having considered the report, and the recommendations therein, and for good cause appearing,
20
    this Court hereby ADOPTS Magistrate Judge Brazil's Report and Recommendation re Plaintiffs' Motion
21
    for Default Judgment.
22
            Accordingly,
23
            IT IS HEREBY ORDERED THAT Magistrate Judge Brazil's Report and Recommendation re
24
    Plaintiffs' Motion for Default Judgment [Docket No. 50 in Case No. C 04-2531; Docket No. 48 in Case
25
    No. C 05-1758] is ADOPTED IN ITS ENTIRETY.
26
            IT IS FURTHER ORDERED THAT Plaintiffs' Consolidated Motions for Default Judgment are
27
    GRANTED as set forth in the Report and Recommendation.  A separate judgment shall be entered
28

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1  forthwith.  <u>This Order terminates Docket Nos. 31, 45 in Case No. C 04-2531 and Docket Nos. 21, 43</u>

2  <u>in Case No. C 05-1758</u>.

3          IT IS FURTHER ORDERED THAT Plaintiffs are hereby granted leave to reapply to the Clerk

4  for entry of default against Defendant Jerome Bohland ("Bohland") <u>no later than February 24, 2006.</u>

5  If default is entered, Plaintiffs must file a motion for default judgment against Bohland <u>no later than</u>

6  <u>March 3, 2006</u>. Plaintiffs are expressly warned that if they fail to comply with either of the deadlines

7  set forth herein, the Court shall, without providing further notice to Plaintiffs, dismiss Bohland from this

8  lawsuit without prejudice and direct the Clerk to close the case files.

9          IT IS FURTHER ORDERED THAT the remaining parties to both Case No. C 04-2531 and Case

10  No. C 05-1758 shall appear for a <u>telephonic</u> Case Management Conference on **Thursday, April 13,**

11  **2006 at 3:15 p.m.**  The parties shall **meet and confer** prior to the conference and shall prepare a joint

12  Case Management Conference Statement which shall be filed no later than ten (10) days prior to the

13  Case Management Conference.  Plaintiffs shall be responsible for filing the statement as well as for

14  arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above

15  indicated date and time.  If Plaintiffs choose to voluntarily dismiss Bohland from this lawsuit prior to

16  the Case Management Conference, the Court will vacate the Case Management Conference and

17  Plaintiffs will be relieved of their obligation to appear.

18          IT IS SO ORDERED.

19

20  Dated: 2/7/06                    _Saundra B Armstrong_
                                      SAUNDRA BROWN ARMSTRONG
21                                    United States District Judge

22

23

24

25

26

27

28