**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, et al., | No. C 04-2531 SBA (WDB)<br>No. C 05-1758 SBA (WDB) |
| Plaintiffs, | ORDER SETTING DATE FOR HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| v. | |
| AIRTEKS MECHANICAL SERVICES, INC., et al. , | |
| Defendants.<br>_____/ | |

The above matter has been referred to the undersigned for a Report & Recommendation regarding plaintiffs' motion for default judgment against defendant Jerome Bohland.  The hearing on plaintiffs' motion is hereby scheduled for **April 18, 2006, at 1:30 p.m.**, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, 94612.

Defendants' opposition must be served and filed no later than **March 28, 2006.**  Any reply to the opposition must be served and filed no later than **April 4, 2006.**

Plaintiffs are directed to immediately serve a copy of this order (and a copy of their moving papers, if they have not already done so) on defendants Jerome Bohland, Airteks Mechanical Services, Inc., and Airteks Mechanical Services Co. d/b/a/ Airteks Mechanical

1

1   Services, Inc.[1]  If plaintiffs' counsel cannot locate defendants after a reasonable, good-faith,

2   effort, they must submit a declaration documenting their efforts to effectuate such service.

3       IT IS SO ORDERED.

4   Dated: March 8, 2006                /s/  Wayne D. Brazil
                                          WAYNE D. BRAZIL

5                                      United States Magistrate Judge

6   Copies to:

7       Plaintiffs with direction to serve defendants,
          WDB, SBA.

---

27     [1]  The Court also directs plaintiffs to e-file a proof of service immediately upon service of the
28   above-referenced documents on defendants.

2